1
2
3
4
5
6
7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KAREN GROSZ, et al.,                       No. CIV S-07-0697-KJM-CMK

12         Plaintiffs,

13     vs.                                     ORDER

14  LASSEN COMMUNITY COLLEGE
    DISTRICT, et al.,
15
           Defendants.
16
                                        /
17

18         Pending before the court in this matter is defendant Homer Cissell's ex parte
19  application for an order shortening time for a motion to compel, submitted concurrently with the
20  ex parte application (Doc. 88).  Good cause appearing therefore, the ex parte application is
21  granted.  See Local Rule 144.  A telephonic hearing is hereby set for January 31, 2011, at 10:00
22  a.m. before the undersigned.  Defendant's counsel shall be responsible for establishing the
23  conference call.
24  / / /
25  / / /
26  / / /

1        IT IS SO ORDERED.

3 DATED: January 28, 2011

                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE