IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GROSZ, et al., | No. CIV S-07-0697-KJM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| LASSEN COMMUNITY COLLEGE DISTRICT, et al., | |
| Defendants. | |
| _____/ | |

Pending before the court in this matter is defendant Homer Cissell's motion to compel plaintiffs to attend their depositions (Doc. 88). The motion was heard telephonically on January 31, 2011, at 10:00 a.m. before the undersigned pursuant to an order shortening time. Jody Burgess, Esq., appeared for defendant. Treva Hearne, Esq., appeared for plaintiffs. Having considered the parties' arguments, and good cause appearing therefor, defendant's motion will be granted.

/ / /

/ / /

/ / /

1

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The scheduling order issued on March 8, 2010 (Doc. 74) is modified <u>as to plaintiffs' depositions only</u> and remains in full force and effect in all other respects;

      2.    Plaintiff Karen Grosz shall appear for her deposition on February 17, 2011, at 10:00 a.m. at a location to be agreed upon by the parties; and

      3.    Plaintiff Bernadette Chavez shall appear for her deposition on February 18, 2011, at 10:00 a.m. at a location to be agreed upon by the parties.

DATED: January 31, 2011

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE