Wayne H. Maire, State Bar No.: 88850
Aaron W. Moore, State Bar No. 248566
MAIRE & BURGESS
2851 Park Marina Drive, Suite 300 (96001)
P. O. Drawer 994607
Redding, CA  96099-4607
Phone:  530-246-6050 / Fax:  530-246-6060

Attorneys for Defendant,
HOMER CISSELL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GROSZ, BERNADETTE CHAVEZ, VICKI RAMSEY, MARY KRISTINA BISHOP, SANDRA BECKWITH, TONI POULSEN, MARSHEL COUSO, KATHERINE LEAO, and DENISE STEVENSON,<br><br>          Plaintiffs,<br><br>vs.<br><br>LASSEN COMMUNITY COLLEGE DISTRICT, HOMER CISSELL, BOARD OF TRUSTEES OF LASSEN COMMUNITY COLLEGE DISTRICT,<br><br>          Defendants. | Case No.:  2:07-CV-00697 KJM-CMK<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiffs Karen Grosz, et. al., and their attorneys, Defendant Lassen Community College District, and its attorneys, and Defendant, Homer Cissell, and his attorneys, as follows:

1. On or about March 7, 2010, this Court issued its order regarding the pretrial scheduling order as follows: discovery deadline of January 31, 2011; designation of expert witness deadline of February 14, 2011; rebuttal designations deadline of March 7, 2011;

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER THEREON                                         PAGE 1

dispositive motion filing deadline of June 10, 2011; final pre-trial conference date of August 19, 2011; and, a jury trial set for October 25, 2011.

2.     This case originally involved eight plaintiffs.  On August 12-13, 2010, the parties mediated this matter.  While the entire matter did not settle in its entirety, only three Plaintiffs, Karen Grosz, Bernadette Chavez, and Vicki Ramsey, remain.

3.     On August 24, 2010, Defendant, Homer Cissell, propounded Request for Admissions, Set One, Special Interrogatories, Set One, and Request for Production of Documents, Set One, to Plaintiffs, Sandy Beckwith, Tina Bishop, Bernadette Chavez, Vicki Ramsey and Karen Grosz.  Sandy Beckwith and Tina Bishop subsequently settled and are no longer parties.  Plaintiff, Vicki Ramsey, did not respond to Defendant, Homer Cissell's propounded discovery.  Plaintiffs, Bernadette Chavez and Karen Grosz, responded to Request for Admissions, Set One, Special Interrogatories, Set One, and Request for Production of Documents, Set One on September 29, 2010.  After review, Defendant, Homer Cissell, found that the responses were solely objections.

4.     In addition to the discovery requests propounded by Defendant Cissell in this Federal case, Defendant Lassen Community College District propounded extensive discovery in Lassen Superior Court action case No. 49986, including 600 interrogatories, 150 requests for production of documents and close to a 100 admissions. Plaintiffs have been unable to answer the entire discovery timely.

5.     Plaintiffs also submitted discovery requests as well on Defendants Homer Cissell and Lassen Community College District on or around August 13, 2010.  Defendants both objected to each and every interrogatory and Plaintiff has yet to propound additional discovery requests.

**1**       6.     On October 13, 2010, Defendant, Homer Cissell, sent Plaintiffs a meet and confer letter as required by FRCP Rule 37.  It was agreed that Plaintiffs would amend their responses and that Vicki Ramsey would provide responses. Counsel for Plaintiffs has assured Defendant that responses are forthcoming on three subsequent occasions.

     7.     On December 13, 2010, Plaintiff Karen Grosz served amended responses to Special Interrogatories, Set One and Request for Admissions, Set One.  Plaintiff, Karen Grosz, did not serve amended responses to Request for Production of Documents, Set One, nor did Plaintiffs, Bernadette Chavez or Vicki Ramsey, serve any amended responses.

     8.     On January 30, 2010, counsel for Defendant, Homer Cissell, contacted counsel for Plaintiffs regarding past due discovery responses.  Plaintiffs' counsel again stated that responses were forthcoming, but were not yet complete.  During that conversation and subsequent email correspondence, it was agreed that the dates should be continued.

     9.     Plaintiff's deposition was scheduled for January 25-27, 2011.  However, due to Plaintiffs' late discovery responses, depositions are premature and will be taken off calendar.

     10.     Defendants, Homer Cissell and Lassen Community College District, have been unable to evaluate Plaintiffs' claims properly, hire an expert to evaluate Plaintiffs' claim, or propound additional discovery.

     11.     Based on the foregoing, the parties request that the jury trial be continued to April 28, 2012, at 9:00 a.m. or as soon thereafter as may be permitted by the Court's calendar.  The party further requests that the pretrial scheduling order be revised in accordance with the new jury trial date.  These revisions to the scheduling order will permit sufficient time to conduct further discovery as may be necessary, the filing of dispositive motions, and the disclosure and deposition of experts.

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER THEREON     PAGE 3

1  12. Should the Court approve this stipulation, the parties respectfully request that they be advised of the proposed new trial dates by the Court's clerk in order to avoid any potential conflicts with other previously set trials.

Dated: January 13, 2011

                      MAIRE & BURGESS

                      /s/ Wayne H. Maire
                      WAYNE H. MAIRE
                      AARON W. MOORE
                      Attorneys for Defendant,
                      HOMER CISSELL

Dated: 1/13/11

                      HAGER & HEARNE

                      /s/ Treva J. Hearne
                      TREVA J. HEARNE
                      Attorney for Plaintiffs,
                      KAREN GROSZ, et. al.

Dated: 1/13/11

                      JOHNSON SCHACHTER & LEWIS

                      /s/ Jennifer L. Hippo
                      ROBERT H. JOHNSON
                      JENNIFER L. HIPPO
                      Attorneys for Defendant,
                      LASSEN COMMUNITY COLLEGE
                      DISTRICT

**O R D E R**

After reviewing the parties' Stipulation to Modify Pretrial Scheduling Order and Proposed Order, and conducting a telephonic status conference, the Court modifies the pretrial scheduling order as follows:

1. All discovery shall be completed by June 27, 2011.
2. Disclosure of expert witnesses shall be made by July 25, 2011.
3. Disclosure of rebuttal witnesses shall be made by August 15, 2011.
4. All dispositive motions shall be filed by October 17, 2011.
5. Hearing on such dispositive motions shall be on November 9, 2011 at 9:00 a.m.
6. The joint pretrial statement shall be due December 12, 2011.
7. The final pre-trial conference is set for January 4, 2012 11 a.m.; and
8. Jury trial in this matter is set for February 27, 2012 at 9:00 a.m.

Dated: February 18, 2011.

_____
UNITED STATES DISTRICT JUDGE