ROBERT H. JOHNSON (SBN 048067)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendant
LASSEN COMMUNITY COLLEGE DISTRICT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GROSZ; BERNADETTE CHAVEZ; VICKI RAMSEY; MARY KRISTINA BISHOP; SANDRA BECKWITH; TONI POULSEN; MARSHEL POUSO; KATHERINE LEAO; and DENISE STEVENSON,<br><br>Plaintiffs,<br><br>v.<br><br>LASSEN COMMUNITY COLLEGE DISTRICT; HOMER CISSELL; BOARD OF TRUSTEES OF LASSEN COMMUNITY COLLEGE DISTRICT,<br><br>Defendants. | CASE NO. 2:07-cv-00697-KJM-CMK<br><br>STIPULATION OF DISMISSAL – BERNADETTE CHAVEZ |

IT IS HEREBY STIPULATED that Defendant LASSEN COMMUNITY COLLEGE DISTRICT, THE BOARD OF TRUSTEES OF THE LASSEN COMMUNITY COLLEGE DISTRICT, and HOMER CISSELL be and herby are dismissed as to any and all causes of action in the above captioned complaint brought by the sole remaining Plaintiff BERNADETTE

///

///

1

1  CHAVEZ, with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).  Each
2  Party to this Stipulation further agrees to bear their own fees and costs.
3
4  Dated: January 25, 2012                    JOHNSON SCHACTHER & LEWIS
                                              A Professional Law Corporation
5
6                                              /s/ Jennifer L. Hippo
                                              JENNIFER L. HIPPO
7                                             Attorneys for Defendants, LASSEN
                                              COMMUNITY COLLEGE DISTRICT and
8                                             THE BOARD OF TRUSTEES OF THE
                                              LASSEN COMMUNITY COLLEGE
9                                             DISTRICT
10
11 Dated: January 30, 2012                    MAIRE & BURGESS
12
                                              /s/ Wayne Maire (as authorized on
13                                            January 30, 2012
                                              WAYNE MAIRE,
14                                            AARON MOORE
                                              Attorneys for Defendant HOMER CISSELL
15
16
   Dated: January ___, 2012                   HAGER & HEARNE
17
18
                                              TREVA J. HEARNE
19                                            Attorneys for Plaintiff
                                              BERNADETTE CHAVEZ
20
21
22
23
24
25
26
27
28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  CHAVEZ, with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). Each
2  Party to this Stipulation further agrees to bear their own fees and costs.
3
4  Dated: January 25, 2012              JOHNSON SCHACTHER & LEWIS
                                        A Professional Law Corporation
5
6                                       /s/ Jennifer L. Hippo
                                        JENNIFER L. HIPPO
7                                       Attorneys for Defendants, LASSEN
                                        COMMUNITY COLLEGE DISTRICT and
8                                       THE BOARD OF TRUSTEES OF THE
                                        LASSEN COMMUNITY COLLEGE
9                                       DISTRICT
10
11 Dated: January __, 2012              MAIRE & BURGESS
12
                                        /s/ Wayne Maire
13                                      WAYNE MAIRE,
                                        AARON MOORE
14                                      Attorneys for Defendant HOMER CISSELL
15
16 Dated: January 27, 2012              HAGER & HEARNE
17
18                                      TREVA J. HEARNE
                                        Attorneys for Plaintiff
19                                      BERNADETTE CHAVEZ

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

# PROOF OF SERVICE

**CASE NAME:** Grosz, et al. v. Lassen Community College District, et al.
**CASE NO.:** 2:07-cv-00697-KJM-CMK

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **STIPULATION OF DISMISSAL-BERNADETTE CHAVEZ**

__ United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__ By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

X  Electronic Service - by causing such document to be served electronically to the addresses listed below.

__ Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

__ Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

TREVA J. HEARNE
HAGER & HEARNE
245 E. Liberty Street, Suite 110
Reno, NV  89501
(775) 329-5800
FAX (775) 329-5819

AARON WAYNE MOORE, ESQ.
MAIRE & BURGESS
2851 Park Marina Drive, Suite 300
Redding, CA  96073
(530) 246-6050
FAX (530) 246-6060

X  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 30, 2012, at Sacramento, California.

/s/ Susan M. Aldridge
SUSAN M. ALDRIDGE